UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| PEDRO TALAMANTES JR., | § | |
| | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | EP-25-CV-00382-DB |
| ALBERTSON'S L.L.C., | § | |
| | § | |
| | § | |
| DEFENDANT. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, PEDRO TALAMANTES, JR., Plaintiff in the above styled and numbered cause, by and through his attorney of record, JAMES B. KENNEDY, JR. of JAMES KENNEDY, P.L.L.C., and files this, *Plaintiff's Original Complaint*, and for cause of action would show the court the following:

### PARTIES TO THIS ACTION

1. Plaintiff resides in El Paso County, Texas.

2. Defendant Albertson's L.L.C. is a Texas Corporation doing regular and systematic business in the State of Texas. Said Defendant may be served by serving its registered agent CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136 or anywhere they may be found.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter and parties pursuant to 28 U.S.C. § 1332

4. Venue is proper in El Paso County, Texas because the incident that makes the basis of this lawsuit occurred in El Paso County, Texas.

## FACTS

5. On or about June 1, 2024, Plaintiff received injuries in a work-related accident (hereinafter, "subject incident"). Defendant Alberton's L.L.C. proximately and negligently caused the subject incident in ways set forth more fully below. The subject incident is the proximate cause of the injuries and damages sustained by Plaintiff, which are set forth and alleged more fully below.

## CAUSE OF ACTION

6. Defendant Alberton's L.L.C. proximately caused the subject incident through its negligent acts and omissions including, but not limited to the following when it:

   (a) Failed to administer proper equipment to Plaintiff, which was necessary for the safe performance of Plaintiffs job duties;

   (b) Failed to ensure that all equipment provided to Plaintiff was in a safe and working condition;

   (c) Failed to warn Plaintiff of the defective condition of equipment provided to Plaintiff;

   (d) Failed to train Plaintiff how to handle defective equipment; and

   (e) Committed other negligent acts and omissions to be determined throughout the course of discovery in this lawsuit.

7. The above referenced negligent acts and omissions, whether taken singularly or in concert, constitute a direct and proximate cause of the injuries and damages sustained by Plaintiff. Defendant Alberton's L.L.C. was not a subscriber to the Texas Workers Compensation Act.

## DAMAGES

8. As a direct and proximate result of the negligent acts as described above Plaintiff Pedro Talamantes, Jr. suffered:

(a) Physical pain and suffering and mental anguish, past and future;

(b) Physical impairment and disfigurement, past and future;

(c) Reasonable and necessary medical expenses, past and future;

(d) Lost wages and/or loss of wage earning capacity; and

(e) Other damages;

9. Plaintiff Pedro Talamantes, Jr. seeks compensation in whatever amount the Jury determines to be fair and reasonable based upon the evidence, and in an amount that is within the jurisdictional limits of this Court, over $1,000,000.00.

## JURY REQUEST

Plaintiff requests a Trial by Jury on all issues as set forth herein above.

## PRAYER

WHEREFORE, premises considered, Plaintiff respectfully requests that Defendant Alberton's L.L.C. be cited to appear and answer, and that on final trial, judgement be entered against Defendant for all relief requested as follows:

1. Judgement against Plaintiff for actual damages in an amount that is within the jurisdictional limits of this Court, over $1,000,000;

2. Pre and post-judgment interest, as described by law, until paid;

3. Costs of suit; and

4. Such other and further relief, general and special, at law or at equity, to which Plaintiff may be justly entitled.

Respectfully Submitted,

**JAMES KENNEDY, P.L.L.C.**
6216 Gateway Blvd. East
El Paso, Texas 79905
(915) 544-5200
FAX (915) 532-2423

By: */s/ James Kennedy*
    **JAMES B. KENNEDY, JR.**
    State Bar: 00791014

### Certificate of Service

I, James B. Kennedy, Jr., do hereby certify that a true and correct copy of the foregoing document was forwarded to James D. Snyder at Doyle & Seelbach PLLC, 7700 W. Highway 71, Suite 250, Austin, TX 78735 on this ___30th___ day of September, 2025 via electronically filing the foregoing document with the Clerk of the Court using an e-filing service provider which will send notification of such filing to attorney for Defendant

*/s/ James B. Kennedy, Jr.*
**James B. Kennedy, Jr.**